**Exhibit A to the Complaint**

**Location:** Clermont, FL  
**Total Works Infringed:** 34

**IP Address:** 72.239.157.114  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9D29B8DA43C5063F7087D93478E6DDF9605BD22A<br>File Hash: 09D47F7CE52B45634842734CC5AEB684765996131284F2CD9B2565EC521BE2C0 | 01-28-2022 01:03:10 | Tushy | 10-28-2017 | 12-04-2017 | PA0002098014 |
| 2 | Info Hash: CA55EE0549539116BEEB98AFBC236DD49DC9DF63<br>File Hash: A5B3FE18786A566C886E2F259B85D1484B4D7BD0E2FD6499304446DFAEF2DB6A | 01-25-2022 19:50:20 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 3 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash: BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 01-25-2022 13:25:46 | Tushy | 08-04-2019 | 08-22-2019 | PA0002195508 |
| 4 | Info Hash: E401EDC19B0CCB7625B52FEE8B163E03FFF0EF0E<br>File Hash: CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 01-25-2022 12:47:37 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 5 | Info Hash: 093FF3C313504ED32913B9D8DACBB6EE2E888959<br>File Hash: DBB3A1ECDC30D2E12E9E548DFDACC26F3552C761C387C14986872EB72DC07517 | 01-25-2022 11:24:16 | Blacked Raw | 01-27-2020 | 03-15-2020 | PA0002240550 |
| 6 | Info Hash: 2A9685F1662867A99A1BF2F75C74D7635925A159<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 01-24-2022 21:57:51 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 7 | Info Hash: D6E593FFAF850B554D92EE365F8CE27EFEA9918F<br>File Hash: A8988289F98D8E4A58FF06F7729590921CFFC33B8285E8779A2043E286D64A56 | 01-23-2022 20:20:04 | Tushy | 05-11-2019 | 07-05-2019 | PA0002206404 |
| 8 | Info Hash: 8F3B910AE57207109EC67538F24D8D39B4DF524D<br>File Hash: 9F66A4E0A7591B21704D3FFF246FBA254A816C87D2801350AB7A05FA1398CBB9 | 01-23-2022 20:17:54 | Tushy | 07-05-2019 | 08-27-2019 | PA0002213300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 13ED242B2E69B755B85AB60A24033C9098B19457<br>File Hash: 0DC33E6ACC3A2A4FD7D12B691081E54D599F38E35D541985AD07424502220884 | 01-23-2022 20:09:53 | Tushy | 09-23-2018 | 11-01-2018 | PA0002143415 |
| 10 | Info Hash: 5D2BFD8E84BEC03B46E445C517DCD6CB7091A545<br>File Hash: E72A5AD2FA19999DE3594E4E11E69AAE595C3F128A09DA5E97317E75BBA0CA28 | 01-23-2022 20:09:47 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 11 | Info Hash: 95853F2466E696799E6030A6C5410F9A3FD3ADBA<br>File Hash: E3B038233B3BCE53E296ED91A72B24706143F40866B819C3AE8F25BF386F6FB0 | 01-23-2022 20:04:38 | Tushy | 07-12-2020 | 07-20-2020 | PA0002248965 |
| 12 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 01-13-2022 21:33:20 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 13 | Info Hash: 6CCA2A5C4AE772A6F0AD843929CD0B21FABF2950<br>File Hash: 4E420D4AEBA96EFC47356E189950B807051AC0295D86447781B863F7BF0083D0 | 01-12-2022 00:30:07 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 14 | Info Hash: E7E526F684B9F452DB9DACAD99FEB184E3FB5B65<br>File Hash: 10E5A6ADC6324399E0B81F8791C0F7469D50880462800495616916CE56F39E11 | 01-11-2022 00:31:04 | Tushy | 02-25-2018 | 03-01-2018 | PA0002079188 |
| 15 | Info Hash: B705494A12DFACBD15BC7C0D1130A409D4066B0A<br>File Hash: B4E0B5D9AAEC093E493F239356663256B651CAE002FD12F59DAF88E8D58445AB | 01-06-2022 21:10:21 | Tushy | 03-29-2020 | 04-15-2020 | PA0002244963 |
| 16 | Info Hash: BC17AA331812A0EB3756D425E7E523D352E9F3BB<br>File Hash: D451BC5E6756F9F2CE0D5CF4266C6A46B65C30C2C2D8A432E134468262CAB2E3 | 01-06-2022 20:54:38 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 17 | Info Hash: 28B8B31C792F1CA34A908834F37BBD4399E80A0C<br>File Hash: FF460F609C0680B6B4BD70DC2BE94C1ADA2A5BF2DF66C005BAEE0A1C35D407AD | 01-05-2022 22:16:49 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: E26CBC5FCF1404C17A1BD92E6623910B3B9698CE<br>File Hash: C1D5AF8F08151AA7770F92133FAB9592B7C4844AD296FCFEFA49DDFB3F1D9EF4 | 01-03-2022 20:20:04 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 19 | Info Hash: 0F481D263C76E13CC19712714D2EB6C9BF29A173<br>File Hash: D8C1F32807E495498B649867E55C81729FF4F5A3284A8C2BFD14FC74A8412322 | 01-02-2022 18:47:54 | Blacked Raw | 07-16-2018 | 09-01-2018 | PA0002119681 |
| 20 | Info Hash: 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9<br>File Hash: 0AABDE31D9B400BB1140583BAA96B69BD8A4BDCB7546497ADBD1DD464CCADC52 | 01-02-2022 16:04:58 | Blacked | 04-15-2017 | 06-15-2017 | PA0002037563 |
| 21 | Info Hash: DCBA4482AA0E3DE1A86A7A7EE627174922AC90C8<br>File Hash: 4A913F993E727CC335075C28C6B54C406A703589D61ED617038801681737CE43 | 01-02-2022 05:13:38 | Blacked | 05-02-2020 | 05-19-2020 | PA0002241471 |
| 22 | Info Hash: D77BA00DB420E32C4AD83B876872B570498BCB64<br>File Hash: 1ADDF69CAD2C0F115DF1630346F563A725E038073C84738D39278DA1E323A770 | 01-02-2022 04:18:34 | Tushy | 03-16-2020 | 04-15-2020 | PA0002244959 |
| 23 | Info Hash: 9B1525C6B7210422F8B2A4D859C19244377A5D8D<br>File Hash: 480522646C863D5D3557EFBCF318A9E1726E6DBE75B70E1C7FBEC11EA1246F11 | 01-01-2022 21:09:08 | Blacked | 06-20-2020 | 07-17-2020 | PA0002248594 |
| 24 | Info Hash: C170A66205B018D7E1122D9B345FF0EF6E78C5DC<br>File Hash: 1F97E7535334CB1F8917D8BDA7A8DFEE6DD5DEF6B2E5D62AA8A88A00A0235077 | 12-29-2021 21:39:47 | Tushy | 11-07-2017 | 11-30-2017 | PA0002097995 |
| 25 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 12-28-2021 18:14:36 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 26 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 12-28-2021 17:20:38 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash: E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 12-26-2021 05:05:38 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 28 | Info Hash: 1D41990AB5A3C4C31036F316B1BF79C315123F72<br>File Hash: 12ECE9683A9BC28BC1117CB6E408E662AEE7D8E035206170B47DD4E309FE251B | 12-25-2021 22:44:36 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 29 | Info Hash: 89C718AE47E05A3B874D260E83537276EA8552FB<br>File Hash: 45A7F9EA7AC61A98A01FD9E9FFC5D770FAAD93AE5242172539E1F9585799486C | 12-18-2021 02:22:37 | Tushy | 12-02-2018 | 12-18-2018 | PA0002141917 |
| 30 | Info Hash: 1A26A196358C2C12445BC8122570365DEE727A70<br>File Hash: A5E4E4AA26374FE74D4F62B1BBBF99AD26104A1B6A6CEEE59E75309D3022702E | 12-04-2021 21:11:02 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 31 | Info Hash: A386369E9620CD551C87E9E07842DE45BD1B172F<br>File Hash: F8D49BE32DC038878A18B3A32A1AFF410382AAA4E1952E2327D8D2672A1E64ED | 12-04-2021 18:24:43 | Blacked Raw | 11-08-2019 | 12-03-2019 | PA0002232045 |
| 32 | Info Hash: EB209A2C769C32FFB78C53365CEFBDA980B65157<br>File Hash: 7BCA6DFFED84106F46DD9742F0CCE1A027A79C10EE11243D9B7BEE6E59D1D22C | 11-29-2021 22:57:39 | Tushy | 12-12-2018 | 01-22-2019 | PA0002147902 |
| 33 | Info Hash: C1957FCFBE31019DF2047C1FDF3C4DE2C5A41C8D<br>File Hash: CCE5D72606498343DCA8F50DCA2E278FFB75C23FDFAA645F013AE5D0F2B253A9 | 11-28-2021 17:28:56 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |
| 34 | Info Hash: 6C2F66D99B6A169F6E0D80BBA9F68930933EA1FF<br>File Hash: 9267B0C2EC88B73D6651E03CB8CE9DB9AA9A395A995F270859FD783BD1E498D0 | 11-28-2021 17:22:52 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |