# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**Case No. 5:22-cv-00144-JA-PRL**

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

     Plaintiff,

v.

JOHN DOE subscriber assigned IP address
72.239.157.114, an individual,

     Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this motion for entry of an order extending the time within which it have to effectuate service on John Doe Defendant, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On March 30, 2022, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information. [ECF No. 9]. Plaintiff issued the subpoena on or about April 9, 2022 and, in

1

accordance with the time allowances provided to both the Defendant and ISP, expected to receive the ISP's response on or about May 6, 2022.

3. On or about May 10, 2022, counsel for Defendant contacted Plaintiff's counsel to discuss the status of this action.

4. On June 1, 2022, Plaintiff followed up with the ISP regarding the overdue response. As of the date of this filing, Plaintiff has not yet received the ISP response.

5. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is required to effectuate service of process on Defendant no later than June 13, 2022. Because Defendant's identity is currently unknown to Plaintiff, Plaintiff is unable to comply with the current service deadline.

6. Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended an additional sixty (60) days, up to and including August 12, 2022. This extension should allow Plaintiff time to receive the ISP response, to conduct a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action, and, if a good faith basis continues to exist, to proceed against that individual (or someone else), amend the Complaint and attempt service of process.

7. "Rule 4(m) grants discretion to the district court to extend the time for service of process . . . ." *Horenkamp v. Van Winkle And Co.*, 402 F.3d 1129, 1132 (11th Cir. 2005). And courts in this district have routinely granted such extensions in similar copyright infringement cases. *See*, *e.g.*, *Malibu Media, LLC v. Knight*, 2013 WL 12164701, at *2 (M.D. Fla. May 9, 2013), *report and recommendation adopted*, 2013 WL 12160981 (M.D. Fla. May 29, 2013) ("[G]iven Malibu Media's efforts, and the imposition by the Court of additional service requirements to protect potentially innocent defendants in this action, I find that good cause exists for Malibu Media's delay in serving Knight with a summons and the Amended Complaint.").

8. This motion is made in good faith and not for the purpose of undue delay.

9. This is Plaintiff's first request for an extension. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until August 12, 2022.

**LOCAL RULE 3.01(g) CERTIFICATION**

Plaintiff conferred with counsel for Defendant on June 10, 2022, via email, and counsel for Defendant stated that Defendant opposes the granting of the

extension requested in the present Motion. The means by which the conference occurred was by e-mail.

Dated: June 10, 2022  Respectfully submitted,

**MAMONE VILLALON**
*Counsel for Plaintiff Strike 3 Holdings, LLC*

By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
Yetian Wang, Esq.
Florida Bar No.: 1025778
100 SE 2nd St., Ste. 2000
Miami, FL 33131
Tyler@mvlawpllc.com
Yetian@mvlawpllc.com
Office: (786) 209-2379

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.